UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT WEST VIRGINIA

| | |
|---|---|
| CRYSTAL GOOD,<br>West Virginia residents, *et al.*<br>on behalf of themselves and all others<br>similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>AMERICAN WATER WORKS<br>COMPANY, INC.,<br>a Delaware corporation, *et al.*<br><br>          Defendants. | Case No.:   2:14-CV-01374<br><br>Consolidated with:<br><br>Case No. 2:14-11011<br>Case No. 2:14-13164<br>Case No. 2:14-13454<br><br>CONSOLIDATED CLASS<br>ACTION |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**PLAINTIFFS**, individually and on behalf of all others similarly situated, through undersigned counsel and Rule 23 of the Federal Rules of Civil Procedure, hereby file this Motion for class certification, respectfully requesting that this Honorable Court enter an Order granting this Motion. In support thereof, Plaintiffs attach the foregoing exhibits 1 through 16, incorporate the contemporaneously filed memorandum of law in support of the Motion and state as follows:

    (1)    certifying this action to be maintained as a class action with respect to particular issues pursuant to Federal Rule of Civil Procedure 23(c)(4), with respect to the overarching common issues of whether Defendants are liable and whether exemplary damages should be awarded as a multiplier of compensatory damages; and

    (2)    certifying a single Class of affected businesses and West Virginia American Water customers pursuant to Federal Rule of Civil Procedure 23(b)(3), to adjudicate the issue of

damages suffered by the Class resulting from the loss of use of tap water during the period of the "Do Not Use" ("DNU") order.

**WHEREFORE**, based upon the foregoing, Plaintiffs respectfully request that the Court grant their Motion for class certification, enter an Order effectuating the decision, along with any other relief deemed necessary or proper.

Dated: July 6, 2015                                  Respectfully Submitted:

By Counsel,

/s/ Kevin W. Thompson
Kevin W. Thompson, Esquire (WVSB# 5062)
David R. Barney, Jr., Esquire (WVSB# 7958)
Thompson Barney
2030 Kanawha Boulevard, East
Charleston, West Virginia  25311
Telephone: (304) 343-4401
Facsimile: (304) 343-4405
kwthompsonwv@gmail.com
drbarneywv@gmail.com

Van Bunch, Esquire (WVSB# 10608)
Bonnett Fairbourn Friedman & Balint PC
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
vbunch@bffb.com

Stuart Calwell, Esquire (WVSB# 0595)
Alex McLaughlin, Esquire (WVSB# 9696)
D. Christopher Hedges, Esquire (WVSB# 7894)
THE CALWELL PRACTICE, LC
Law and Arts Center West
500 Randolph Street
Charleston, West Virginia 25302
Telephone: (304) 343-4323
Facsimile: (304) 344-3684 (facsimile)
scalwell@calwelllaw.com
amclaughlin@calwelllaw.com
chedges@calwelllaw.com

*Interim Class Counsel for Plaintiffs and the Class*

Mark F. Underwood, Esquire (WVSB# 7023)
UNDERWOOD LAW OFFICE
923 Third Avenue
Huntington, West Virginia 25701
Telephone: 304-522-0508
Facsimile: 304-399-5449
markunderwood@underwoodlawoffice.com

*Counsel for Plaintiffs*

P. Rodney Jackson, Esquire (WVSB# 1861)
Law Offices of Rod Jackson
401 Fifth-Third Center
700 Virginia Street, East
Charleston, West Virginia 25301
Telephone: (843) 780-6879
Facsimile: (304) 345-7258
prodjackson27@yahoo.com

Stephen H. Wussow, Esquire (visiting attorney)
Michael G. Stag, Esquire (visiting attorney)
Stuart H. Smith, Esquire (visiting attorney)
Sean S. Cassidy, Esquire (visiting attorney)
Smith Stag, LLC
One Canal Place
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
swussow@smithstag.com
mstag@smithstag.com
ssmith@smithstag.com
scassidy@smithstag.com

Michael J. Del Giudice, Esquire (WVSB# 0982)
Timothy J. LaFon, Esquire (WVSB# 2123)
Cicacarello, Del Giudice and LaFon
1219 Virginia Street, East, Suite 100
Charleston, West Virginia 25301
Telephone: (304) 343-4400
Facsimile: (304) 343-4464
mikedel@cdlwv.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT WEST VIRGINIA

| | |
|---|---|
| **CRYSTAL GOOD, individually and as parent and next friend and parent of T.A.J., West Virginia residents,** *et al.* **on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**AMERICAN WATER WORKS COMPANY, INC.,** a Delaware corporation, *et al.*<br><br>**Defendants.** | Case No.: 2:14-CV-01374<br><br>Consolidated with:<br><br>Case No. 2:14-11011<br>Case No. 2:14-13164<br>Case No. 2:14-13454<br><br>CONSOLIDATED CLASS ACTION |

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that on **July 6**, **2015**, the foregoing "***Plaintiffs' Motion for Class Certification***" was filed electronically with the Clerk of the Court through the CM/ECF system, which will send notification of the filing to all counsel of record.

Plaintiffs, By Counsel,

/s/ Kevin W. Thompson
Kevin W. Thompson, Esquire (WVSB# 5062)
David R. Barney, Jr., Esquire (WVSB# 7958)
Thompson Barney
2030 Kanawha Boulevard, East
Charleston, West Virginia 25311
Telephone: (304) 343-4401
Facsimile: (304) 343-4405
kwthompsonwv@gmail.com
drbarneywv@gmail.com