UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT WEST VIRGINIA

| | |
|---|---|
| CRYSTAL GOOD, *et al.*, <br> West Virginia residents, <br> on behalf of themselves and all others <br> similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN WATER WORKS <br> COMPANY, INC., <br> a Delaware corporation, *et al.* <br><br> Defendants. | Case No.: 2:14-CV-01374 <br><br> Consolidated with: <br><br> Case No. 2:14-11011 <br> Case No. 2:14-13164 <br> Case No. 2:14-13454 <br><br> CONSOLIDATED CLASS <br> ACTION |

**ORDER PRELIMINARILY APPROVING SETTLEMENT AND FORM OF ORDER ON CLASS CERTIFICATION**

This matter having come before the Court on Class Plaintiffs' motion for preliminary approval of a settlement dated December 9, 2015 with two individual defendants, Gary Southern and Dennis Farrell, and Class Plaintiffs' motion for approval of a form of notice and notice plan in connection with certification and maintenance of this action as a class action of the same date, the Court having heard the matters and being fully advised in the premises, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Court finds that the settlement with the two individual defendants warrants notification to the Class as it appears fair and reasonable at this juncture. Pending further review and the opportunity for class members to receive notice of same, a final approval hearing on the settlement shall be conducted on April 8, 2016 at 1:30 o'clock p.m.  Objections, if any, to the

proposed settlement will be heard at that time and must be filed with the Clerk of this Court by February 12, 2016.

2. Notice to the Class of the settlement and the certification of the action to proceed on a class basis within the meaning of FRCP Rule 23 for the purposes of determining the fault of the defendants pursuant to this Court's Order dated October 8, 2015 [Document 470] in the form attached as Exhibit A shall be mailed by December 29, 2015.

3. The Notice shall be further published in the Charleston Gazette and local newspapers in Parkersburg, Point Pleasant, Huntington, Beckley, and Logan. The newspapers will publish the Notice on consecutive Saturdays (or Fridays if not published on Saturdays) immediately following the mailing date of December 29, 2015. A website shall be maintained in connection with the notice, and contain links to a copy of the notice, the settlement agreements and frequently asked questions.

4. The date for objecting to the settlement or opting out of the litigation class shall be February 12, 2016. Objections or opt-out notices shall be personally signed by the individual raising the objection or seeking to opt out.

DATED:     December 16, 2015

Judge John T. Copenhaver, Jr.
United States District Judge

2