FILED
DEC 11 2017
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

FAIRNESS HEARING

"Notice of Intention to Appear in *Good v. West Virginia-American Water Company*, No. 2:14-cv-01374."

Janet L Thompson
1326 Elmwood Avenue
Charleston, West Virginia 25301
304-881-7088

*signature*  12-7-2017

Janet L Thompson

Dated: December 7, 2017

To: The Honorable Judge Copenhaver, Jr. and The Class Settlement Counsel

From: Janet L Thompson

Date: November 16-2017

Subject: A simple proposal to extend the current outreach efforts, to contact the "hard to reach", via non conventional means.

Purpose

I write this letter to propose a solution/services to what I see is a potential shortfall, regarding the current Water Settlement outreach efforts, to reach/contact all persons effected by the Freedom Chemical Spill.

Background

Many persons who were effected by the January 13, 2013 spill, may now be homeless; under bridges-in abandoned buildings, in alcohol-drug facilities or currently on alcohol-drugs, in nursing-mental homes, or are now out of the country or deceased*, or simply cannot understand or write to fill out the forms on their own.

Therefore, mailings, television-newspaper ads, etc., will not suffice to reach these persons and fall short in fulfilling the Honorable Court and the Class Counsels goal to assure that all persons are compensated.

Our proposed solutions to this problem, in reaching those persons (probably most in need

of their payments), is as follows:

1- The placement of two 4 x 10 banners on the side and front of 1501 Washington Street West, Charleston, Kanawha, West Virginia.

This building is located in a high traffic area and on a well traveled pedestrian street.

An area-street were many of the persons are homeless and involved with drugs and prostitution.

This building is already known as the storefront for free cell phones, copying, notary services.+

Because it is sought out and visited for the above services….The addition of the availability/assistance with the water claim forms will be a natural draw ……for those persons we seek to reach;

2-We will go under the bridges, into the drug houses…..onto the corners; and

3- We will also set up tent/tables-chairs, outdoors in key areas, to further handout/assist in filling out the claim forms.

Costs  Please, see attached sheet

Conclusion/Possibilities

Our Outreach proposal is unique in that they are already looking for us and we are basically going out….."finding them….the hard to reach….in hard places.

By utilizing our proposal/us….it will further show the public that the Court/ Settlement Team are sincere in the desire to compensate each and every person effected by the water.

Our proposal also builds goodwill and social capital……and is a down to earth idea, which can be utilized in all effected counties,..by many un budgeted non profits.

Thank you for your consideration of our unconventional and unique efforts, that will reach the unreachable…..looking forward…...

Sincere,       12-7-2K17

Janet L Thompson

Dated November 16-2K17


Ps: *have ran this idea past many diverse persons…..it's a winner*