UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CRYSTAL GOOD, et al.,** | |
| Plaintiffs, | Case No.: 2:14-CV-01374 |
| v. | Hon. John T. Copenhaver, Jr. |
| **WEST VIRGINIA-AMERICAN WATER COMPANY, et al.,** | Consolidated with: |
| Defendants. | Case No. 2:14-11011<br>Case No. 2:14-13164<br>Case No. 2:14-13454 |

## MOTION TO WITHDRAW COUNSEL FROM CIVIL ACTION AND REMOVE FROM ELECTRONIC NOTIFICATION AND SERVICE LISTS

COMES NOW Thomas J. Hurney, Jr. and Jackson Kelly PLLC on behalf of Defendant West Virginia-American Water Company and moves the Court to remove Steven Leifer, formerly of Baker Botts LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C., previously admitted as a visiting attorney (*pro hac vice*), as counsel of record and to remove him from electronic notification and service lists. For the convenience of the Court, a proposed Order granting this Motion is being filed simultaneously herewith.

                                                  **WEST VIRGINIA-AMERICAN WATER COMPANY**

                                                  By Counsel

/s/ Thomas J. Hurney, Jr.
Thomas J. Hurney, Jr. (WV Bar No. 1833)
JACKSON KELLY PLLC
500 Lee Street, East, Suite 1600 (25301)
P. 0. Box 553
Charleston, West Virginia 25322
(304) 340-1000
thurney@jacksonkelly.com

4851-4225-3657.v1

4851-4225-3657.v1

Kent Mayo (admitted Pro Hac Vice)
Steven Leifer (admitted Pro Hac Vice)
BAKER BOTTS, L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 639-1122

4851-4225-3657.v1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CRYSTAL GOOD, et al.,** | |
| **Plaintiffs,** | Case No.: 2:14-CV-01374 |
| v. | Hon. John T. Copenhaver, Jr. |
| **WEST VIRGINIA-AMERICAN WATER COMPANY, et al.,** | Consolidated with: |
| **Defendants.** | Case No. 2:14-11011<br>Case No. 2:14-13164<br>Case No. 2:14-13454 |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was served on all counsel of record through the CM/ECF system which will notification of the filing to all counsel of record this 21st day of December, 2017.

        s/Thomas J. Hurney, Jr.
        Thomas J. Hurney, Jr. (WV Bar No. 1833)
        JACKSON KELLY PLLC
        500 Lee Street, East, Suite 1600 (25301)
        P. 0. Box 553
        Charleston, West Virginia 25322
        (304) 340-1000
        thurney@jacksonkelly.com