UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**CRYSTAL GOOD, et al.,**

        **Plaintiffs,**                      Civil Action No. 2:14-CV-01374

                                                    Consolidated with:

**WEST VIRGINIA-AMERICAN WATER**       Case No. 2:14-11011
**COMPANY, et al.,**                                Case No. 2:14-13164
                                                      Case No. 2:14-13454

        **Defendants.**

### DECEMBER 29, 2017 PERIODIC REPORT OF THE
### SETTLEMENT ADMINISTRATOR

**COMES NOW** the Settlement Administrator and files the December 29, 2017 Periodic Report of the Settlement Administrator in response to the December 19, 2017 Order of this Honorable Court. This initial report reflects the total number of claims filed and a breakdown of the number of those claims in each of the ten types or categories requested by the Court. This report and the data that it contains reflects the number of claims filed by mail and electronic submission through December 19, 2017. (Exhibit A provides the numbers in chart form).

      The total number of households filing a claim is 43,453. Included in that number are 37,918 residential simple claim forms from known customers, 5,452 residential simple claim forms from other households not on the customer list, 49 individual review claim forms from known customers, and 34 individual review claim forms from other households. There are 50,406 residential class members on the known customer list that had not filed a claim as of December 19, 2017. Approximately 43% of residential customers have filed claims.

      The total number of business claims amounts to 1,968 claims. In total 1,962 business simple claim forms were filed while 6 individual review business forms were filed in that same

**Exhibit 1**

time period. In addition, 139 government entities have filed claims using the business claim form.

There is a total of 55 wage earner claims filed as of December 19, 2017.

The Settlement Administrator has received 479 pregnancy claims through December 19, 2017.

Medical claims totaled 33 claims.  Included in that amount are zero for vision impairment and zero for disability. There have been zero wrongful death claims filed as of December 19, 2017.

The total amount of all claims filed as of December 19, 2017 is 46,127 claims.  Included in this total are 30,655 claims filed by mail and 15,472 filed by the on-line submission process.

The deadline to submit claims is February 21, 2018. In compliance with the December 19, 2017 order the Settlement Administrator will file an updated report on January 31, 2018 or as required by this Honorable Court.

Respectfully submitted:

_____
John S. Jenkins, CPA, CVA
Smith Cochran & Hicks, PLLC
3510 MacCorkle Ave SE
Charleston WV 25304

*Settlement Administrator*

2

# EXHIBIT A

## EXHIBIT A TO INITIAL PERIODIC REPORT OF SETTLEMENT ADMINISTRATOR

| Category | Subtotals | Claims Filed Per Category | Known Residential Customers That Have Not Filed A Claim |
|---|---|---|---|
| 1. Households | | 43,453 | |
|    1a. Simple Residential - Known Customers | 37,918 | | |
|    1b. Simple Residential - Other Households | 5,452 | | |
|    1c. Individual Review Residential - Known Customers | 49 | | |
|    1d. Individual Review Residential - Other Households | 34 | | |
| 2. Residential customers that did not file a claim | | | 50,406 |
| 3. Businesses | | 1,968 | |
|    3a. Simple Business | 1,962 | | |
|    3b. Individual Review Business | 6 | | |
| 4. Governments | | 139 | |
| 5. Wage Earners | | 55 | |
| 6. Wrongful Death | | 0 | |
| 7. Disability | | 0 | |
| 8. Pregnancy | | 479 | |
| 9. Vision impairment | | 0 | |
| 10. Other Medical | | 33 | |
| Total | | 46,127 | 50,406 |