```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**CRYSTAL GOOD, et al.,**

       **Plaintiffs,**

**v.**                                   **Civil Action No. 2:14-cv-01374**

**WEST VIRGINIA-AMERICAN WATER**    **Consolidated with:**
**COMPANY, et al.,**

                                              **Case No. 2:14-11011**

       **Defendants.**                **Case No. 2:14-13164**
                                              **Case No. 2:14-13454**

## ORDER

Pending is the joint motion filed by all parties to appoint a guardian <u>ad</u> <u>litem</u>, filed December 4, 2017.

The Amended Settlement Agreement, as preliminarily approved by this court on September 21, 2017, provides that a guardian <u>ad</u> <u>litem</u> will be designated to "represent the Settlement Class Members who are minors or who lack capacity."  It appearing that a guardian <u>ad</u> <u>litem</u> should be appointed to represent the interests of class members who are minors or lack capacity, it is ORDERED that John A. Carr, Esq., a discreet and competent attorney practicing in Kanawha County, West Virginia, be, and he hereby is, appointed as guardian <u>ad</u> <u>litem</u> for settlement class members who are minors or lack capacity in this action.

1

It is further ORDERED that the guardian ad litem do the following on behalf of settlement class members who are minors or lack capacity:

1. make an independent investigation into the terms and provisions of the Amended Settlement Agreement;

2. make a recommendation to the court on the overall fairness of the Amended Settlement Agreement, Simple Claim payment option, and Individual Review Claim payment option, all with respect to class members who are minors or lack capacity, as expeditiously as is feasible; and

3. following the entry of a final approval order, review the Individual Review Claims made by class members who are minors or lack capacity and their proposed resolution by the Settlement Administrator, as well as any disputes by class members who are minors or lack capacity as may arise with respect to the distribution of Simple Claim funds, and submit a recommendation on the resolution of any such claims to the settlement administrator, with a final report on all such resolutions to the court.

The Clerk is requested to transmit this order to all counsel of record and to John A. Carr, Esq., at 179 Summers Street, Suite 209, Charleston, WV 25301.

DATED: January 5, 2018

John T. Copenhaver, Jr.
United States District Judge