# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 1/9/2018                                                                  Case Number 2:14-cv-01374
Case Style: Crystal Good et al vs. West Virginia American Water
Type of hearing Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                                          Courtroom Deputy
Attorney(s) for the Plaintiff or Government Van Bunch,W. Calwell,Anthony Majestro,Kevin Thompson


Attorney(s) for the Defendant(s) Robert Allen,Michael Carey,Pamela Deem,Deborah Greenspan,Thomas Hurney,Alton Mayo,Marc Williams

Law Clerk Caroline Kurtz                                                        Probation Officer

## Trial Time


## Non-Trial Time

Motions hearing (without evidence). Type:


## Court Time

10:12am   to 11:11am
Total Court Time: 0 Hours 59 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Parties presented comments in support of the final approval of the class settlement.