# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 1/19/2018                                               Case Number 2:14-cv-01374
Case Style: Good vs. Eastman Chemical Company
Type of hearing Status Conference
Before the honorable: 2508-Copenhaver
Court Reporter                                                Courtroom Deputy
Attorney(s) for the Plaintiff or Government Van Bunch,W. Calwell,Anthony Majestro,Kevin Thompson


Attorney(s) for the Defendant(s) Benjamin Bailey,Deborah Greenspan,Alton Mayo,Marc Williams


Law Clerk Caroline Kurtz                                      Probation Officer

Trial Time


Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


Court Time

1:36pm    to 2:18pm
Total Court Time: 0 Hours 42 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

The parties convened to discuss the progress with distribution of notices and claims filed in the case.