

| | | |
|---|---|---|
| | 209 Capitol Street<br>Charleston, WV 25301<br>Tel: 304.345.6555<br>Toll Free: 877.852.0342<br>Fax: 304.342.1110 | Benjamin L Bailey<br>bbailey@baileyglasser.com |



January 18, 2018

*Via Certified Mail*
Mr. Robert Perez
Post Office Box 172
Ashland, KY 41105

    Re: Perez v. West Virginia-American Water Company - Case No. 2:16-cv-01606 (Consolidated with Lead Case Good, et al. v. American Water Works, et al. Case No. 2:14-cv-01374)

Dear Mr. Perez:

    I am one of the class counsel for the Lead Case, *Good v. American Water Works, et al.*, referenced above. I just learned that, for some unknown reason, I am listed as your individual counsel on the Court's docket sheet. This is an error. I do not represent you in your individual capacity in this matter. I don't think we've ever met.

    I am advised by Rust Consulting, the Notice Administrator, that a Residential Claim Notice, Claim ID: 10707609, was previously mailed to you at the address listed above and has not been returned as undeliverable. **Please let me know if you have not received this Notice**. You can also visit www.wvwaterclaims.com for more details or to make a claim online, and you may call 1-855-829-8121 if you have any questions.

    **PLEASE NOTE: Any Claim Form must be completed and submitted online *or* postmarked no later than February 21, 2018**.

    If you have questions or if I can be of assistance, do not hesitate to call me at the number listed above.

                                               Sincerely,

                                               Benjamin L. Bailey

/k
xc: Honorable Dwane L. Tinsley
     Rory L. Perry II, Clerk
       United States District Court
       Southern District of West Virginia