**BAILEY GLASSER LLP**

209 Capitol Street
Charleston, WV 25301
Tel: 304.345.6555
Toll Free: 877.852.0342
Fax: 304.342.1110

Benjamin L Bailey
bbailey@baileyglasser.com

FILED
JAN 2 2 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

January 19, 2018

William V. DePaulo, Esquire
122 North Court Street, Suite 300
Lewisburg, West Virginia 24901

    Re:    Shirley L. Burns v. West Virginia-American Water Company
            Case No. 2:16-cv-0095
            (Consolidated with Lead Case Good, et al. v. American Water Works, et al.
            Case No. 2:14-cv-01374)

Dear Bill:

    Per my voicemail message, I just learned that, for some unknown reason, I am listed, along with you, as counsel for Shirley L. Burns on the Court's docket sheet. I do not represent Ms. Burns in her individual capacity in this matter; I think this is just an error.

    I checked, and am advised by Rust Consulting, the Notice Administrator, that a Residential Claim Notice was previously mailed to Ms. Burns at 445 Sanford Street, Morgantown, West Virginia, and that it has not been returned as undeliverable. Please let me know if she did not receive the Notice. She can also visit www.wvwaterclaims.com for more details or to make a claim online, and can call 1-855-829-8121 if she has any questions. Please note that any Claim Form must be **completed and submitted online** or **postmarked no later than February 21, 2018**.

    If you have questions or if I can be of assistance, please feel free to call. Just for the sake of accuracy, and by copy of this letter, I'm asking the Clerk to remove my name from the docket sheet for Ms. Burns' case.

    Hope you're well.

                                            Sincerely,

                                            Benjamin L. Bailey

/k
xc:    Rory L. Perry II, Clerk
       United States District Court
       Southern District of West Virginia