UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CRYSTAL GOOD, et al.,

        Plaintiffs,

Civil Action No. 2:14-CV-01374

Consolidated with:

WEST VIRGINIA-AMERICAN WATER
COMPANY, et al.,

Case No. 2:14-11011
Case No. 2:14-13164
Case No. 2:14-13454

        Defendants.

## JANUARY 29, 2018 PERIODIC REPORT OF THE SETTLEMENT ADMINISTRATOR

**COMES NOW** the Settlement Administrator and files the January 29, 2018 Periodic Report of the Settlement Administrator in response to the December 19, 2017 Order of this Honorable Court [Doc. 1175]. This report reflects the total number of claims filed and a breakdown of the number of those claims in each of the ten types or categories, together with the gross dollar amount of claims filed in each of the ten types of categories as requested by the Court. This report and the data that it contains reflect the number of claims filed by mail and electronic submission through January 21, 2018. (Exhibit A provides the numbers in chart form).

The total number of households filing a claim is 53,960 with a claimed value of $29,716,406. Included in that number are: 47,388 residential simple claim forms from known customers with a claimed value of $26,063,400; 6,466 residential simple claim forms from other households not on the customer list with a claimed value of $3,556,300; 53 individual review claim forms from known customers with a claimed value of $60,559, and 53 individual review claim forms from other households with a claimed value of $36,147. There are a total of 79,779

1

**Exhibit 1**

additional residents claimed on all simple residential claims. The claimed value of the additional residents is $14,360,220.

There are 40,932 residential class members on the known customer list that had not filed a claim as of January 21, 2018. Approximately 54% of residential customers have filed claims.

The total number of all business claims filed is 2,275, with a claimed value of $7,255,876 for all business claims. The total number of business simple claim forms filed for shut down/partially shut down businesses is 254, with a claimed value of $2,861,645. The total number of simple business claim forms filed for lodging businesses is 40, with a claimed value of $523,508. The total number of business simple claims filed for all other businesses is 1,968, with a claimed value of $3,690,000. There have been a total of 13 business individual review claims filed, with a claimed value of $180,723.

The total number of claims filed by government entities is 140, with a claimed value of $262,819 for all government claims. 139 government entities have filed claims using the simple business claim form. The claimed value of government entities that have filed simple business claims is $260,625. One government entity has filed an individual review claim, with a claimed value of $2,194.

The total number of wage earner claims filed is 100. The claimed value of the wage earner claims filed is $36,053.

The total number of pregnancy claims filed is 695. The claimed value of pregnancy claims filed is $1,042,500.

The total number of medical claims filed is 51. Included in that amount are zero for vision impairment, zero for disability, and zero for wrongful death. The claimed value of medical claims filed is $63,557.

The total number of claim forms filed as of January 21, 2018 is 57,221. Included in this total are 37,261 claims filed by mail and 19,960 filed by the on-line submission process. These 57,221 claim forms include a grand total of 137,142 residents and businesses (57,221 primary claimants plus 79,921 additional residents).

The total claimed value of all simple claims filed is $51,315,698. The total claimed value of simple claims, including any potential check distribution process payment for the 46% of known customers who have yet to file a claim is $73,828,298

The total claimed value of all individual review claims is $1,421,732.

The deadline to submit claims is February 21, 2018. In compliance with the December 19, 2017 order, the Settlement Administrator will file a report of updated data similar to this report on or after March 15, 2018 or as required by this Honorable Court.

Respectfully submitted:

John S. Jenkins, CPA, CVA
Smith Cochran & Hicks, PLLC
3510 MacCorkle Ave SE
Charleston WV 25304

*Settlement Administrator*

# EXHIBIT A

EXHIBIT A TO JANUARY 29, 2018 PERIODIC REPORT OF SETTLEMENT ADMINISTRATOR

| Category | Subtotals | Claims Per Category | Claimed Value - Simple ~1 | Claimed Value - IR ~2 | Total Claimed Value |
|---|---|---|---|---|---|
| 1. Households | | 53,960 | | | |
| 1a. Simple Residential - Known Customers | 47,388 | | $26,063,400 | | $26,063,400 |
| 1b. Simple Residential - Other | 6,466 | | $3,556,300 | | $3,556,300 |
| 1c. Individual Review - Known Customers | 53 | | | $60,559 | $60,559 |
| 1d. Individual Review Residential - Other | 53 | | | $36,147 | $36,147 |
| 1e. Simple Residential - Additional Residents | 79,779 | | $14,360,220 | | $14,360,220 |
| 1e. IR Residential - Additional Residents | 142 | | | | |
| 2. Residential customers that did not file a claim (potentially reimbursed through Check Distribution Process) | 40,932 | | $22,512,600 | | $22,512,600 |
| 3. Businesses | | 2,275 | | | |
| 3a. Simple Business - Shut Down/Partially Shut Down | 254 | | $2,861,645 | | $2,861,645 |
| 3b. Simple Business - Lodging | 40 | | $523,508 | | $523,508 |
| 3c. Simple Business - All Other | 1,968 | | $3,690,000 | | $3,690,000 |
| 3d. Individual Review Business | 13 | | | $180,723 | $180,723 |
| 4. Governments | | 140 | | | |
| 4a. Simple Business | 139 | | $260,625 | | $260,625 |
| 4b. Government Individual Review | 1 | | | $2,194 | $2,194 |
| 5. Wage Earners | | 100 | | $36,053 | $36,053 |
| 6. Wrongful Death | | 0 | | $0 | $0 |
| 7. Disability | | 0 | | $0 | $0 |
| 8. Pregnancy | | 695 | | $1,042,500 | $1,042,500 |
| 9. Vision Impairment | | 0 | | $0 | $0 |
| 10. Other Medical | | 51 | | $63,557 | $63,557 |
| Total | | 57,221 | $73,828,298 ~3 | $1,421,732 | $75,250,030 |

~1 Claimed value for simple claims is calculated as the estimated payment amount multiplied by the number of households, businesses, or additional residents. Claimed value for shut down/partially shut down businesses and lodging businesses were calculated using the estimated uniform payment amounts as applied to revenue documentation provided. All amounts represent as-filed amounts and are pending final review by the Settlement Administrator

~2 Claimed value for pregnancy claims is calculated as the estimated payment amount multiplied by the number of pregnancy claims. Claimed value for all other individual review claims is the amount claimed on the claim form. All amounts represent as-filed amounts and are pending final review by the Settlement Administrator

~3 Total simple claims value above includes potential check distribution process amount of $22,512,600. Total simple claims value excluding check distribution process amount is $51,315,698.