# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/1/2018                                                                Case Number 2:14-cv-01374
Case Style: Vantap, LLC vs. Eastman Chemical Company
Type of hearing Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                                        Courtroom Deputy
Attorney(s) for the Plaintiff or Government Benjamin Bailey,Van Bunch,W. Calwell,Anthony Majestro,Kevin Thompson


Attorney(s) for the Defendant(s) Robert Allen,Michael Carey,Pamela Deem,Deborah Greenspan,Alton Mayo,L. McIntyre,Marc Williams

Law Clerk Caroline Kurtz                                                      Probation Officer

### Trial Time


### Non-Trial Time

Motions hearing (without evidence). Type:


### Court Time

10:11am   to 10:41am
Total Court Time: 0 Hours 30 Minutes Non-Trial Time/Uncontested Time


### Courtroom Notes

The final fairness hearing was concluded with counsel for defendants and the class in attendance.