# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 6/12/2018                                              Case Number 2:14-cv-01374
Case Style: Good vs. W. Va. Am. Water
Type of hearing Status Conference
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                       Courtroom Deputy
Attorney(s) for the Plaintiff or Government Benjamin Bailey,Van Bunch,W. Calwell,Anthony Majestro,Marvin Masters,Kevin Thompson

Attorney(s) for the Defendant(s) Deborah Greenspan,Thomas Hurney,Alton Mayo,Marc Williams


Law Clerk Caroline Kurtz                                     Probation Officer

Trial Time


Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


Court Time

1:45pm     to 2:25pm
Total Court Time: 0 Hours 40 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

The court convened a conference to discuss the progress of the Settlement Administrator and the prospective timeline for the resolution and payment of claims.  Also in attendance were John Jenkins and Charles Smith of Smith,  Cochran & Hicks, PLLC and Bob Aaron of WCHS.