# EXHIBIT B



**Treasury Management Proposal**

*Good v. American Water Qualified Settlement Fund*

**Fifth Third Bank**
**Dan Gilkey & Steve Pentony**



© Fifth Third Bank  |  All Rights Reserved  |  Member FDIC

# Contents

- Your Fifth Third Team

- RFP Response

- Treasury Management Solutions

- Financial Strength



# Your Dedicated Relationship Team

| CONTACT | DESCRIPTION OF ROLE |
|---|---|
| **Bob Welty**<br>**Market President – WV**<br>304.353.4106<br>Bob.Welty@53.com | ▪ Serves as the Senior Banker in the West Virginia Region of Fifth Third Bank<br>▪ Oversees and manages the commercial and wealth management activities for this region of the Bank |
| **Dan Gilkey, Vice President**<br>**Relationship Manager**<br>614.744.7798<br>Daniel.Gilkey@53.com | ▪ Primary contact for general Fifth Third business<br>▪ Intimate with your corporate objectives, your accounts and your business requirements<br>▪ Consults with you about new and existing services, to ensure your continued satisfaction and bring together the right Fifth Third specialists to meet your financial needs |
| **Steve Pentony, Vice President**<br>**Treasury Management Officer**<br>614.744.5035<br>Steve.Pentony@53.com | ▪ Consults with you concerning your business needs in order to develop a customized account and payments solution<br>▪ Coordinates the work of the sales and service team<br>▪ Informs you of industry trends and new services<br>▪ Makes recommendations to optimize your treasury management processes |
| **Donna McDonald**<br>**Client Advisor**<br>304.353.4131 (phone)<br>304.353.4118 (fax)<br>Donna.McDonald@53.com | ▪ Serves as your primary contact for routine inquiries relative to how services are functioning, determining the nature of any problems<br>▪ Identifies the appropriate follow up action and instituting that action to ensure a swift, accurate and complete resolution<br>▪ Acts in direct contact with the Relationship Managers, Treasury Management Officers, and Treasury Management Sales Associates to ensure that the entire team is always aware of needs and questions |
| **Premier Commercial Support Center**<br>800.488.6773<br>CSCPremier.Bancorp@53.com<br>Hours: M-F 7:00 am–10:00 p.m. (ET) | ▪ Fifth Third has a state-of-the-art support center to service our commercial clients. The Commercial Support Center is staffed with trained, knowledgeable service professionals. |

FIFTH THIRD BANK

# RFP Response

## 1. Please outline your institution's experience in managing QSFs.

- Fifth Third Bank has an extensive history in partnering with claimants and claims administrators on the managing and distribution of settlement funds. We have partnered with these groups on settlement funds ranging from $1 million dollars to $700 million dollars.
    - Class action settlement accounts/custodian.
        - Freddie Mac Settlement – 2008
        - Merrill Lynch Settlement - 2010
        - National Mortgage Settlement – 2012-13
        - Ebooks/Apple Settlement - 2014-16

- We have established a process in which the funds from the settlement account are managed and disbursed. The process includes:
    - The initial drafting of the Escrow agreement
    - The establishment of an interest bearing Escrow account in which the funds will be deposited.
    - The establishment of a disbursement account from which the claimants checks will be cleared. This account is funded at the time the claims administrator executes their first payment file. At that time the funds are transferred from the Escrow account to the disbursement account.
    - Fifth Third Bank will provide a zero cost solution on the disbursement account.

## 2. Please explain your institution's plan to comply with the following requirement: *"…from the date the funds are first deposited, [funds] shall be maintained as a 'Qualified Settlement Fund' within the meaning of and defined in Section 468B of the U.S. Internal Revenue Code and in the IRS regulations promulgated thereunder, and shall be deposited in an interest-bearing account or accounts fully insured by the Federal Deposit Insurance Corporation consistent with an escrow agreement directing its operation."*

- The fund will be maintained in accordance with IRC §468B and the associated Treasury Regulations. All amounts received will be segregated and maintained in a separate interest-bearing account pursuant to the court's approval of the establishment of the fund in accordance with the final settlement agreement.  No transfers will be accepted other than those specified in the escrow agreement. We will obtain an EIN for the fund and file Forms 1120-SF and any other tax filings as necessary. Tax liabilities will be estimated and any necessary quarterly payments will be made.

FIFTH THIRD BANK

# RFP Response Continued

## 3. Please your outline institution's plan to distribute funds from the QSF, including all fees and costs your institution will charge for the management of the QSF under each scenario:

- **A.) a scenario in which your institution would cut and send out checks**

  - Fifth Third Bank partners with a third party vendor that will facilitate the creation and the mailing of the checks for the Claims Administrator. This option would be facilitated through our Integrated Payables solution. We have included additional information regarding this solution in the proposal document. This solution would not be included in the zero fee solution proposed earlier as there are additional costs involved in this setup. To provide an accurate cost proposal for this scenario additional details are required.

- **B.) a scenario in which the Claims Administrator cuts and sends out checks**

  - Fifth Third Bank will provide a zero cost solution for the disbursement account which will include the following services:

    - Online Portal access via Fifth Third Direct, with Fifth Third Direct you can manage all of your accounts, organize cash, payables, receivables and produce reports- all from a single location.
    - Account reconciliation services
    - Positive Pay (fraud prevention) services- decide on positive pay exception items, view information and originate stop payments.

  - Fifth Third Bank will provide monthly earnings credits from the balances in the account that will build continuously to offset 100% of the transaction fees for the life of the account.  Earnings credits will roll each month to offset future fees. The current Earnings Credit rate is .40%.  At the time all disbursement activity has been completed and fees have been offset, the Bank will provide the ability to convert the account to an interest bearing structure for the remaining funds.
  - Recipients of the class action settlement that do not have a current banking relationship elsewhere can cash their checks at the following locations.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fifth Third Bank**<br>101 River Road<br>Barboursville, WV 25504 | **Fifth Third Bank**<br>3049 Mount Vernon Rd<br>Hurricane, WV 25526 | **Fifth Third Bank**<br>700 Virginia Street East<br>Charleston, WV 25301 | **Fifth Third Bank**<br>102 Lakeview Drive<br>Cross Lanes, WV 25313 | **Fifth Third Bank**<br>1566 Hal Greer Blvd<br>Huntington, WV 25701 | **Fifth Third Bank**<br>4515 Maccorkle Ave SE<br>Charleston, WV 25304 | **Fifth Third Bank**<br>1008 Oak Street<br>Kenova, WV 25530 |

  - Proper identification will be required when cashing their check.

- **C.) a scenario in which class members may elect EFT (such as PayPal or Venmo)**

  - Fifth Third Bank will provide the Claims Administrator the ability to initiate disbursements to class members by ACH.

# Access And Manage Your Financial Information With A Robust Suite Of Online Tools

Treasury Management Solutions
- Account Management and Reporting
- Payment Initiation
- Electronic Deposit Manager
- Commercial Card Management
- Deposit Management
- Returns Management
- ACH Transaction Management
- Positive Pay Decisioning
- Wholesale Lockbox Imaging
- Retail Lockbox Exception Management

Merchant Services
- Investment Management
- Global Trade Services
- Direct Send Transmission
- Deposit Statements and Images



# Gain Access To Crucial Cash Flow Information Through Fifth Third Bank's Internet Portal, Fifth Third Direct[SM]

Offering you a comprehensive array of sophisticated, user-friendly Internet products and services, available through a single point of entry including:

▪ Domestic and International Wire and ACH payment Initiation

▪ Lockbox imaging and exception management

▪ Positive Pay decisioning

▪ Commercial Card maintenance

▪ File delivery

▪ Letter of credit initiation



## Employs several best practices to combat on-line fraud and cybercrime

- Protection through unique user credentials known as multi-factor authentication

  - RSA GoID Tokens are issued to protect clients with online payment entitlements

  - Identification questions provides an additional layer of Passive identity protection for all Fifth Third Direct users

- Utilization of dual control requiring two separate users to process wires: one to originate and a second, separate user, to approve

- Provision of Trusteer Rapport, a  no-cost browser-based downloadable security software plug-in, offered directly through Fifth Third Direct, to compliment anti-virus and other security tools

## Gain access to crucial cash flow information through Fifth Third Direct[SM]

**Offering you a comprehensive array of sophisticated, user-friendly Internet products and services, available through a single point of entry including:**

- Wire and ACH transfers

- Lockbox imaging

- Positive Pay decisioning

- Commercial Card maintenance

- File delivery

- Letter of credit initiation

FIFTH THIRD BANK

8

# Full and Partial Account Reconcilement services relieve you of time consuming tasks

## Partial Account Reconcilliation

- Provides you with a monthly listing of paid checks in numerical order

- Includes subtotals for special types of payments, disbursing locations, or other data you request

## Full Account Reconcilliation

- Send an electronic file of your issued checks

- Consolidates your file of issued checks with our records of paid items to provide a full reconciliation report

## Key Features & Benefits

**Features**
- Timely and accurate data
- Detailed reports via Fifth Third Direct or via direct transmission
- Unique reconcilement plans
  - Partial Reconcilement
  - Full Reconcilement

**Benefits**
- Free your staff to focus on more productive assignments
- Automate and streamline the process of reconciling
- Enhanced audit controls

Case 1:14-cv-01874 Document 1219-21 Filed 07/03/18 Page 12 of 22 PageID #: 39649

## Minimizes check and ACH fraud losses with easy to use prevention tools

- Accounts protected by ensuring that only the checks or ACH transactions you issued are paid *(compares account number, dollar amount, check number and payee)*

- Checks verified at the branch teller line to eliminate check cashing risk

- Return window for check positive pay is 10 a.m. to 2 p.m.; 12 p.m. for ACH

- Bank Maintained displays only exception items to review to help identify fraudulent checks or ACH debits

- You can make decisions to return fraudulent items or pay acceptable items:

  – Check images are available for review

  – Reminder email notifications sent each hour until decisions are made

- Dual approval entitlements to protect decisions

- Continuous control by allowing you to audit your employees' decisions



## The convenience of mobile decisioning and approvals for both Check and ACH Positive Pay






Case 1:14-cv-01374   Document 1219-2   Filed 07/03/18   Page 14 of 22 PageID #: 39651

## Protect your account and  minimize loss with our ACH Positive Pay fraud prevention service

- Reduce  your losses with fraud control

- Make decisions regarding acceptance or rejection of ACH entries on your account

- Access easily through Fifth Third Direct

# Access ACH Positive Pay via Fifth Third Direct, Fifth Third Bank's online portal



Case 2:14-cv-01374   Document 1219-2   Filed 07/03/18   Page 16 of 22 PageID #: 39653

# Protect your account and  minimize loss with our Positive Pay fraud prevention tools

**How Check Positive Pay works:**

- Employs technologically advanced methods, comparing check-paid items against issue information to identify discrepancies

- Reports suspect items to you promptly via Fifth Third Direct, our web portal

- Helps make sure that only the checks you issue are paid



FIFTH THIRD BANK

14

# Positive Pay Options

## Safeguard your business against fraud by monitoring and detecting unusual or unauthorized activities

**Positive Pay options for added fraud protection:**

- Payee Name Verification

  - Mitigates fraud on the check payee line

- Perfect Posting Positive Pay

  - Helps mitigate coding errors before items clear the account

- Reverse Positive Pay

  - Maintain issue file and reconciliation internally



FIFTH THIRD BANK

15

# Why Integrated Payables?



**ACH**

**Wire**

**Check**

Increase Automation

Reduce Risk

Gain Payment Data Visibility

Vendors/Suppliers/Partners

Case 1:14-cv-01574 Document 219-2 Filed 07/03/18 Page 19 of 22 PageID #: 39656



*Additional fee requirements may exist.

**generic logo company**

Your Corporation
P.O. Box 999
Anytown XX 99999-8888

Page: 1 of 1

Remittance Date: 05/11/2016

Check: # 519019

E-Mail: USAPInquiry@MyCompany.com
Vendor No:0000000001

☐ Remittance Summary

| Description | Count | Dollars |
|---|---|---|
| ITEMS: | 1 | |
| GROSS AMT: | | $344.80 |
| ADJ AMT: | | $0.00 |
| NET AMT: | | $344.80 |

Check number 519019 is attached.
Use the information below to post your customers account.
Please notify your trading partner with e-mail listed above, if:
(1) you are unable to post a payment,
(2) any account information is incorrect,
(3) your mailing address has changed or,
(4) you want to receive the payments electronically.

☐ Remittance Detail

| Invoice Number | Invoice Date | Reference | Gross Amt | Adj Amt | Net Amt |
|---|---|---|---|---|---|
| 1234567 XX | 12/11/15 | CUST# 8888 | 344.80 | 0.00 | 344.80 |

Your Corporation
P.O. Box 999
Anytown XX 99999-8888

**VOID**

FIFTH THIRD BANK
00-27
421

519019

VOID AFTER 180 DAYS

DATE: 05/11/2016

PAY TO THE ORDER OF:  DME COMPANY LLC

*****$344.80

IOU LLC
123 MAIN ST
YOURCITY YY 77777-6666

MESSAGE 1 Optional
MESSAGE 2 Optional

**VOID**

AUTHORIZED SIGNATURE

⑈519019⑈ ⑆012345678⑆ 9876543210⑈

# Check Features

- Configurable Branding

- Copy Ban - Latest printing technology designed to combat color copying on the most sophisticated copiers.

- Warning Bands

- Laid Lines

- Watermarks

- Thermo chromic Inks

- Paper – 24# White MICR Bond

- Color- The check stock is always white.

- Patterns – Void pantograph

# Financial Strength

## Providing industry leading financial strength

- 155 year longevity

- 4Q16 net income $372 million

- Total assets of $142 billion

- Among the top 25 bank holding companies in U.S.

- Deposit rating of A- and A3 by Standard & Poor's and Moody's

Fifth Third Bancorp 12/31/2016 capital ratios[*]



| | |
|---|---|
| 15.00% | Total Capital Ratio |
| 10.30% | Tier 1 Capital Ratio |
| 8.91% | Tier 1 Common Ratio |
| 8.87% | Tangible Common Equity Ratio** |

16%  14%  12%  10%  8%  6%  4%  2%  0%

----- lines represent regulatory "well-capitalized" levels
*current period regulatory capital ratios are estimated
**excluding unrealized gains/losses

Important notice

This document has been prepared by Fifth Third Bank ("Fifth Third") or one of its subsidiaries for the sole purpose of providing a proposal to the parties to whom it is addressed in order that they may evaluate the capabilities of Fifth Third to supply the proposed services. It is not intended to provide specific investment advice or investment recommendations and does not constitute either a commitment to enter into a specific transaction or an offer or solicitation, with respect to the purchase or sale of any security.
The information contained in this document has been compiled by Fifth Third and includes material which may have been obtained from information provided by various sources and discussions with management but has not been verified or audited. This document also contains confidential material proprietary to Fifth Third. Except in the general context of evaluating our capabilities, no reliance may be placed for any purposes whatsoever on the contents of this document or on its completeness.  No representation or warranty, express or implied, is given and no responsibility or liability is or will be accepted by or on behalf of Fifth Third or by any of its subsidiaries, members, employees, agents or any other person as to the accuracy, completeness or correctness of the information contained in this document or any other oral information made available and any such liability is expressly disclaimed.

This document and its contents are confidential and may not be reproduced, redistributed or passed on, directly or indirectly, to any other person in whole or in part without our prior written consent.

This document is not an offer and is not intended to be contractually binding. Should this proposal be acceptable to you, and following the conclusion of our internal acceptance procedures, we would be pleased to discuss terms and conditions with you prior to our appointment.

Securities offered through Fifth Third Securities, Inc., a registered broker/dealer and member of FINRA and SIPC.

Deposit and credit products provided by Fifth Third Bank. Member FDIC.

**FIFTH THIRD BANK**