```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

CRYSTAL GOOD, individually and as
parent and next friend of minor children
M.T.S., N.T.K, and A.M.S, and MELISSA
JOHNSON, individually and as a parent of an
unborn child T.A.J., and JOAN GREEN and SUMMER JOHNSON
and MARY LACY and WENDY RENEE RUIZ and KIMBERLY
OGIER and ROY J. McNEAL and GEORGIA HAMRA and
MADDIE FIELDS and BRENDA BAISEDN, d/b/a FRIENDLY
FACES DAYCARE, and ALADDIN RESTAURANT, INC. and
R.G. GUNNOE FARMS LLC and DUNBAR PLAZA, INC.,
d/b/a DUNBAR PLAZA HOTEL, on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.                                              Civil Action No. 2:14-cv-1374

WEST VIRGINIA-AMERICAN WATER COMPANY,
d/b/a WEST VIRGINIA AMERICAN WATER, and
AMERICAN WATER WORKS SERVICE COMPANY, INC.
and AMERICAN WATER WORKS COMPANY, INC. and
EASTMAN CHEMICAL COMPANY and GARY SOUTHERN
and DENNIS P. FARRELL,

Defendants.


WEST VIRGINIA HOSPITALITY AND TRAVEL
ASSOCIATION, INC., a West Virginia
Not-for-Profit Corporation, on behalf of all of
its adversely affected members, and as assignee
of certain of its adversely affected members,

Plaintiff,

v.                                              Civil Action No. 2:16-cv-0184

AMERICAN WATER WORKS COMPANY, INC. and
AMERICAN WATER WORKS SERVICE COMPANY,
INC. and WEST VIRGINIA-AMERICAN WATER
COMPANY and EASTMAN CHEMICAL COMPANY
and GARY SOUTHERN and DENNIS P. FARRELL,

Defendants.

<u>ORDER</u>

In the above-styled matters, the court will convene a status conference, at which counsel for the respective plaintiffs and defendant Gary Southern are to be present. It is ORDERED that the status conference shall take place on Friday, July 27, 2018, at 2:00 p.m. at the Robert C. Byrd Courthouse in Charleston, West Virginia.

With respect to the <u>Good</u> plaintiffs, it is sufficient for local lead counsel, Kevin Thompson and Stuart Calwell, to be present.

The Clerk is requested to transmit copies of this order to all counsel of record and any unrepresented parties.

DATED: July 23, 2018

John T. Copenhaver, Jr.
United States District Judge