IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CRYSTAL GOOD, individually and as
Parent and next friend of minor children,
M.T.S., N.T.K. and A.M.S., et al.

                Plaintiffs,

v.                                                  Civil Action No.: 2:14-cv-01374

WEST VIRGINIA-AMERICAN WATER COMPANY,
d/b/a WEST VIRGINIA AMERICAN WATER, et al.

                Defendants.

## MOTION TO WITHDRAW MOTION TO INTERVENE

COMES NOW Proposed Intervenor M. Timothy Koontz, by undersigned counsel, and hereby moves this Honorable Court for leave to withdraw the earlier-filed "Counsel Timothy Koontz's Motion To Intervene As To Award Of Attorneys' Fees And Charging Lien." [Doc. 1186]. Mr. Koontz so moves upon the basis that an understanding has been reached between the proposed intervenor and Underwood & Protctor Law Offices and Mark F. Underwood to resolve any outstanding fee disputes and concerns, obviating the need for the proposed intervention.

                                                                        **M. TIMOTHY KOONTZ,**

                                                                        **By Counsel**

                                                   /s/ Amanda J. Taylor
                                                   Stephen P. New (WVSB #7756)
                                                   Amanda J. Taylor (WVSB #11635)
                                                   The Law Office of Stephen P. New
                                                   114 Main Street
                                                   P.O. Box 5516
                                                   Beckley, WV 25801

                                                      304-250-6017 (phone)
                                                      304-250-6012 (facsimile)

IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CRYSTAL GOOD, individually and as
Parent and next friend of minor children,
M.T.S., N.T.K. and A.M.S., et al.

        Plaintiffs,

v.             Civil Action No.: 2:14-cv-01374

WEST VIRGINIA-AMERICAN WATER COMPANY,
d/b/a WEST VIRGINIA AMERICAN WATER, et al.

        Defendants.

## CERTIFICATE OF SERVICE

I, Amanda J. Taylor, counsel for Proposed Intervenor M. Timothy Koontz and Koontz Law Offices, hereby certify that the foregoing Motion to Withdraw Motion to Intervene has been served via CM/ECF which will send notice to all counsel of record.

This 30th day of July, 2018.

        /s/ Amanda J. Taylor
        Amanda J. Taylor (WVSB#111635)