# SCHEDULE

**Exhibit 1: Simple Claim Value Calculation**
**September 5, 2018**

|  | # of Claims | Value Per | Value |
|---|---:|---:|---:|
| Simple Residential | 79,719 | $550 | $43,845,450.00 |
| Simple Residential Additional Residents | 114,398 | $180 | $20,591,640.00 |
| Simple Business All Other | 4,202 | $1,875 | $7,878,750.00 |
| Simple Business Government | 444 | $1,875 | $832,500.00 |
| Simple Business Shut Down/Partially Shut Down | 590 | Variable | $9,557,175.80 |
| Simple Business Lodging | 31 | Variable | $941,462.02 |
| Value of Eligible Simple Claims |  |  | $83,646,977.82 |
|  |  |  |  |
| Simple Claims Requested 2nd Review |  |  | $211,530.00 |
| Value of Eligible Simple Claims WITH RESERVE |  |  | $83,858,507.82 |
|  |  |  |  |
| Available Assets for Simple Claims |  |  | $73,376,403.70 |
| Bankruptcy Offsets for Simple Claims |  |  | $228,194.46 |
| Gross Assets Available for Distribution |  |  | $73,604,598.16 |
| Realization % |  |  | 87.77% |

**Per Claim Value**

| Claim Type | Estimate | Realization | Actual |
|---|---:|---:|---:|
| Simple Residential | $550 | 87.77% | $482.74 |
| Simple Residential Additional Resident | $180 | 87.77% | $157.99 |
| Simple Business | $1,875 | 87.77% | $1,645.69 |

**Exhibit 2: Available Assets for Simple Claim Form Option**
**September 5, 2018**

|  | Amount |
|---|---:|
| WVAW Guaranteed | $76,000,000.00 |
| Eastman Guaranteed | $25,000,000.00 |
| Less: |  |
|    Opt Out Reduction | ($500,000.00) |
|    Advanced Payments | ($944,338.77) |
| Effective Date Funding | $99,555,661.23 |
|  |  |
| Add: Interest Earned | $178,653.95 |
|    Individual Settlement - Farrell | $50,000.00 |
|    Individual Settlement - Southern | $1,000,000.00 |
| Less: Attorney Fees: Paid 7/17/18 | ($11,055,000.00) |
|    Attorney Costs: Paid 7/17/18 (2/3 of total) | ($1,719,890.67) |
|    Plaintiff Incentives: Paid 7/17/18 | ($290,000.00) |
|    Settlement Admin Installment: Paid 8/9/18 | ($1,028,162.50) |
| Funds on Hand Currently | $86,691,262.01 |
|  |  |
| Items not yet paid |  |
|    Remaining Attorney Fees | ($11,055,000.00) |
|    Attorney Fees - Farrell Settlement | ($11,000.00) |
|    Attorney Fees - Southern Settlement | ($220,000.00) |
|    Settlement Admin - Fees | ($1,884,347.50) |
|    Settlement Admin - Out of Pocket | ($107,627.42) |
|    Lien Resolution | ($15,000.00) |
|    Appeal Adjudicator | ($10,000.00) |
|    Guardian Ad Litem | ($11,883.39) |
| Available Assets for Simple Claims | $73,376,403.70 |