IN THE UNITED STATES DISTRICT COURT

Honorable Copenhaver

2:14-CV-01374

Related to

Civil Action No. 14-C-85



Respectfully submitted
Richard Drawdy

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

**FILED** 2018 SEP 20 P 1:08
CATHY S. GATSON, CLERK
KANAWHA COUNTY CIRCUIT COURT

RE: WATER CONTAMINATION LITIGATION
CIVIL ACTION 16-C-6000

THIS DOCUMENT APPLIES TO:

RICHARD GRAVELY

    Plaintiff,

v.      Civil Action No. 14-C-85

WEST VIRGINIA AMERICAN WATER,

    Defendant.

## PLAINTIFF SUPPLEMENTAL RESPONSE TO JOINT MOTION TO DISMISS AND REMOVE CASES FROM THE COURT'S DOCKET

The Federal Settlement violated Plaintiff Richard Gravely, **Constitutional due process rights.** FED.R.CIV.P. 23(e)(1), **entitled** Plaintiff to be **notified,** of any proposed settlements or settlement on his behalf. Plaintiff never received notice of proposed settlement or settlement. Therefore, the burden shifts to the Liaison Counsel to provide evidence that Plaintiff Richard Gravely, **received** Notice of proposed settlement and settlement on his behalf.

Respectfully submitted,

/s/ Richard Gravely
Richard Gravely