IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CIVIL DOCKET 2:14-CV-01374

RICHARD GRAVELY
Plaintiff,

v.

AMERICAN WATER
Defendant

Civ Action No.
14-C-85



FILED
SEP 21 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## Motion For Hearing

Come now Plaintiff Richard Gravely respectfully requesting a hearing in this matter.

1663 Doulton Ave #204
Huntington, WV
25701
304.939.7536

Respectfully request
Richard Gravely