UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**CRYSTAL GOOD, individually and as parent and next friend of minor children M.T.S., N.T.K., and A.M.S., and MELISSA JOHNSON, individually and as a parent of an unborn child T.A.J., and JOAN GREEN and SUMMER JOHNSON and MARY LACY and WENDY RENEE RUIZ and KIMBERLY OGIER and ROY J. McNEAL and GEORGIA HAMRA and MADDIE FIELDS and BRENDA BAISEDN, d/b/a FRIENDLY FACES DAYCARE, and ALADDIN RESTAURANT, INC. and R.G. GUNNOE FARMS LLC and DUNBAR PLAZA, INC., d/b/a DUNBAR PLAZA HOTEL, on behalf of themselves and all others similarly situated,**

        **Plaintiffs,**

**v.**                     **Civil Action No. 2:14-cv-1374**

**WEST VIRGINIA-AMERICAN WATER COMPANY, d/b/a WEST VIRGINIA AMERICAN WATER, and AMERICAN WATER WORKS SERVICE COMPANY, INC. and AMERICAN WATER WORKS COMPANY, INC. and EASTMAN CHEMICAL COMPANY,**

        **Defendants.**

## ORDER

**The Parties, by counsel, having nominated S. Douglas Adkins as the Appeal Adjudicator under Section 6.2.5.2 of the Settlement Agreement, and it appearing proper so to do, the court approves the nomination and appoints Mr. Adkins as the Appeal Adjudicator who, in keeping with the request of the Parties, shall be paid for his services at the rate of $350 per hour, subject to approval by the court.  It is understood that**

no payment is to be made for services or costs related to time of travel.

It is further understood that Mr. Adkins is one who is excluded from the Class; does not represent and has not represented any Settlement Class Member in this or any related action; does not represent and has not represented any of the Released Entities herein in this or any related action; and does not have any equity interest in any of the Released Entities.

The Clerk is requested to transmit copies of this order to all counsel of record, any unrepresented parties and to S. Douglas Adkins, Cyrus & Adkins, Attorneys at Law, 422 Ninth Street, Suite 300, Huntington, WV 25701.

DATED: February 1, 2019

John T. Copenhaver, Jr.
Senior United States District Judge