# EXHIBIT 1

**Exhibit 1**
**Distribution Schedule**

| Claim Type | # Claims | Value |
|---|---|---|
| Individual Review - Medical | 4 | $170,309.00 |
| Individual Review - Government | 2 | $333,505.00 |
| Individual Review -Business | 35 | $2,037,667.00 |
| Individual Review - Residential | 2 | $5,992.00 |
| Individual Review - Pregnancy | 3 | $4,500.00 |
| Individual Review Claims Subtotal | 46 | $2,551,973.00 |

| Settlement Administration Fees | | $8,450.00 |
|---|---|---|
| Total | | $2,560,423.00 |

| Claim Type | # Claims | Per claim rate | Amount |
|---|---|---|---|
| Medical | 4 | $300.00 | $1,200.00 |
| Government | 2 | $175.00 | $350.00 |
| Business | 35 | $175.00 | $6,125.00 |
| Residential | 2 | $155.00 | $310.00 |
| Pregnancy | 3 | $155.00 | $465.00 |
| | 46 | | $8,450.00 |

Per claim rates per SCH Term Sheet previously provided.