September 27, 2018
Smith, Cochran and Hicks, PLLC
WV Water Contamination Settlement
Claims Administrator
PO Box 4227
Charleston, WV 25364

RE: WV Water Contamination Settlement

Dear Mr. Greene

This is a follow up on our conversation relating to the claim form sent to me on September 25, 2018. This is to confirm that I have **opt-out** and will pursue my claim I filed in State Court Civil Action 14C-85.

Please acknowledge receipt of this enclosed email.

Regards,
Richard Gravely