# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CRYSTAL GOOD, et al.,** | |
| Plaintiffs, | **Case No.: 2:14-CV-01374** |
| v. | **Hon. John T. Copenhaver, Jr.** |
| **WEST VIRGINIA-AMERICAN WATER COMPANY, et al.,** | Consolidated with: |
| Defendants. | Case No. 2:14-11011<br>Case No. 2:14-13164<br>Case No. 2:14-13454 |

## ORDER GRANTING MOTION FOR DISBURSEMENT OF ATTORNEYS' FEES

This matter has come before the Court pursuant to Plaintiffs' Motion for Disbursement of Attorneys' Fees. Having reviewed the Motion and after being fully advised, the Court **HEREBY FINDS** that the $6.7 million dollars attorneys' fees amount agreed to by the parties is fair and equitable, for all the reasons set forth in the Motion for Disbursement. Accordingly, the Court also **ORDERS** that the Settlement Administrator should disburse three-fourths (3/4) of that amount forthwith and disburse the remaining one-fourth (1/4) at the end of this matter, upon proper application for payment by the Settlement Administrator and a further order of this Court.

Dated: _____

_____
John T. Copenhaver, Jr.
Senior United States District Judge

Presented by:

/s/Benjamin L. Bailey
Benjamin L. Bailey (W.Va. Bar No. 200)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301-1386
bbailey@baileyglasser.com
*Settlement Class Counsel*

4819-8008-6935, v. 1