UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CRYSTAL GOOD, et al.,** | |
| Plaintiffs, | Case No.: 2:14-CV-01374 |
| v. | Consolidated with: |
| **WEST VIRGINIA-AMERICAN WATER COMPANY, et al.,** | Case No. 2:14-11011<br>Case No. 2:14-13164<br>Case No. 2:14-13454 |
| Defendants. | |

**RESPONSE REGARDING MOTION FOR DISBURSEMENT OF FEES**

On May 17, 2019, Plaintiffs filed a motion for disbursement of attorneys' fees ("Motion") [Doc. 1262]. The Motion requests payment of a final fixed amount of $6.7 million for attorneys' fees associated with claims paid from the Contingent Fund in the class action settlement of the above-captioned matter. The American Water Defendants do not object to this fee request, including the $6.7 million amount. The Motion also requests that the fee amount be disbursed 3/4 upon court approval and the remaining 1/4 upon final distribution of payments to eligible class members. The American Water Defendants do not object to the timing of the distribution as requested by Plaintiffs.

Respectfully submitted,

**WEST VIRGINIA-AMERICAN WATER COMPANY, AMERICAN WATER WORKS SERVICE COMPANY, INC., & AMERICAN WATER WORKS COMPANY, INC.**

By Counsel

*/s/* Thomas J. Hurney, Jr._____
Thomas J. Hurney, Jr. (WVSB # 1833)
JACKSON KELLY PLLC
500 Lee Street, East – Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
(304) 340-1000
thurney@jacksonkelly.com


Kent Mayo (admitted Pro Hac Vice)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 639-1122

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CRYSTAL GOOD, et al.,**<br><br>   Plaintiffs,<br><br> v.<br><br>**WEST VIRGINIA-AMERICAN WATER COMPANY, et al.,**<br><br>   Defendants. | Case No.: 2:14-CV-01374<br><br>Consolidated with:<br><br>Case No. 2:14-11011<br>Case No. 2:14-13164<br>Case No. 2:14-13454 |

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that a copy of the foregoing Statement of Concurrence was filed on May 29, 2019, using the CM/ECF system, which will send notification of such filing to all counsel of record.

                */s/* Thomas J. Hurney, Jr._____
                Thomas J. Hurney, Jr. (WVSB # 1833)
                JACKSON KELLY PLLC
                500 Lee Street, East – Suite 1600
                Post Office Box 553
                Charleston, West Virginia 25322
                (304) 340-1000
                thurney@jacksonkelly.com