# Interim Report of Total Claims Paid - As of June 7, 2019
## Crystal Good et al. v. WV American Water Company et al.
### Civil Action No. 2:14-CV-01374
### Prepared By: Smith Cochran & Hicks PLLC, Settlement Administrator

Table 1: All claims payments made to date from the Guaranteed Fund for Simple Claims

Table 2: All claims payments made to date from the Contingent Fund for Individual Review Claims

Table 3: Analysis of Business Claims paid to date for the largest industries.

| Table 1: ALL Guaranteed Fund -Simple Claims | | |
|---|---|---|
| Claim Type | Claims | Value |
| Residential Simple | 79,672 | $38,318,030.55 |
| Residential Simple - Additional Residents | 114,123 | $18,027,510.71 |
| Business Simple | 4,645 | $7,631,508.36 |
| Business Simple Shut Down | 590 | $8,367,903.84 |
| Business Simple Lodging | 31 | $824,977.92 |
| Total Simple Claims Paid | 199,061 | $73,169,931.38 |

| Table 2: ALL Contingent Fund - Individual Review | | |
|---|---|---|
| Claim Type | Claims | Value |
| Residential | 15 | $21,457.43 |
| Business | 158 | $6,689,528.43 |
| Government | 19 | $1,850,792.52 |
| Wage Earner | 389 | $157,115.93 |
| Pregnancy | 1,173 | $1,759,500.00 |
| Medical | 139 | $292,379.88 |
| Total Individual Review Claims Paid | 1,893 | $10,770,774.19 |

| Table 3: Selected Industries | Guaranteed Fund | | Contingent Fund | |
|---|---|---|---|---|
| Industry | Claims | Value | Claims | Value |
| Restaurants | 352 | $6,215,073.94 | 33 | $1,610,327.35 |
| Other Shut Down* | 172 | $1,665,287.27 | 0 | $0.00 |
| Church | 613 | $1,008,807.97 | 2 | $5,764.36 |
| Retail | 509 | $836,137.40 | 12 | $386,208.11 |
| Lodging | 33 | $828,269.30 | 4 | $194,641.56 |
| Beauty/Barber | 261 | $806,135.52 | 3 | $18,493.26 |
| Real Estate Sales/Rental/Appraisal | 463 | $761,174.78 | 10 | $111,810.09 |
| Total | 2,403 | $12,120,886.18 | 64 | $2,327,244.73 |

*Other Shut Down include DayCares, Nails/Spa, Catering, Tattoo, Supermarkets, and Convenience Stores

Note: Industry classification for Table 3 is based on business description provided on the claim form.

By:

John S Jenkins CPA,CVA
Member, Smith Cochran & Hicks PLLC
June 7, 2019