**Exhibit 1**
**Distribution Schedule**

| Claim Type | # Claims | Value |
|---|---|---|
| Individual Review - Medical | 2 | $1,593.25 |
| Individual Review - Government | 1 | $1,217,107.87 |
| Individual Review -Business | 11 | $1,881,272.38 |
| Individual Review Claims Subtotal | 14 | $3,099,973.50 |
| | | |
| Settlement Administration Fees | | $2,700.00 |
| | | |
| Total | | $3,102,673.50 |

| Claim Type | # Claims | Per claim rate | Amount |
|---|---|---|---|
| Medical | 2 | $300.00 | $600.00 |
| Government | 1 | $175.00 | $175.00 |
| Business | 11 | $175.00 | $1,925.00 |
| | 14 | | $2,700.00 |

Per claim rates per SCH Term Sheet previously provided.