UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**CRYSTAL GOOD, individually and as parent and next friend of minor children M.T.S., N.T.K., and A.M.S., and MELISSA JOHNSON, individually and as a parent of an unborn child T.A.J., and JOAN GREEN and SUMMER JOHNSON and MARY LACY and WENDY RENEE RUIZ and KIMBERLY OGIER and ROY J. McNEAL and GEORGIA HAMRA and MADDIE FIELDS and BRENDA BAISEDN, d/b/a FRIENDLY FACES DAYCARE, and ALADDIN RESTAURANT, INC. and R.G. GUNNOE FARMS LLC and DUNBAR PLAZA, INC., d/b/a DUNBAR PLAZA HOTEL, on behalf of themselves and all others similarly situated,**

   Plaintiffs,

v.          Civil Action No. 2:14-cv-1374

**WEST VIRGINIA-AMERICAN WATER COMPANY, d/b/a WEST VIRGINIA AMERICAN WATER, and AMERICAN WATER WORKS SERVICE COMPANY, INC. and AMERICAN WATER WORKS COMPANY, INC. and EASTMAN CHEMICAL COMPANY and GARY SOUTHERN and DENNIS P. FARRELL,**

   Defendants.

## ORDER

  Pending is counsel Timothy Koontz's Renewed Motion to Intervene as to Award of Attorneys' Fees and Notice of Lien, filed June 18, 2019.

  On July 2, 2019, counsel for the plaintiffs, Underwood Law Offices, filed a response in opposition to Mr. Koontz's motion.  In light of Mr. Koontz not having filed a reply, it is ORDERED that Mr. Koontz file his reply on or before July 19, 2019.

**The Clerk is directed to transmit this order to all counsel of record.**

DATED: July 12, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge