IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**CRYSTAL GOOD,** *et al.***,**

    **Plaintiffs,**

v.                                                                Civil Action No. 2:14-cv-01374
                                                                  The Honorable John T. Copenhaver, Jr.

                                                                  Consolidated with:
**AMERICAN WATER WORKS COMPANY,**      Civil Action No. 2:14-cv-13164
*et al.***,**                                                    Civil Action No. 2:14-cv-11011
                                                                  Civil Action No. 2:14-cv-13454

    **Defendants.**

## MOTION TO WITHDRAW
## COUNSEL TIMOTHY KOONTZ'S RENEWED MOTION TO INTERVENE
## AS TO AWARD OF ATTORNEYS' FEES and NOTICE OF LIEN

COMES NOW M. Timothy Koontz, as former co-counsel for class representative R.G. Gunnoe Farms, LLC, and others, and by undersigned counsel hereby moves this honorable court for leave to withdraw *Counsel Timothy Koontz's Renewed Motion to Intervene as to Award of Attorneys' Fees and Notice of Lien.*

                                                **M. TIMOTHY KOONTZ,**
                                                **By Counsel,**

                                                _/s/ Amanda J. Taylor_____
                                                Steven P. New, Esq. WVSB#7756
                                                Amanda Taylor, Esq. WVSB#11635
                                                The Law Office of Stephen P. New
                                                114 Main St.
                                                Beckley, WV 25801
                                                P: 304 250 6017
                                                F: 304 250 6012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**CRYSTAL GOOD,** *et al.*,

    **Plaintiffs,**

v.                                         **Civil Action No. 2:14-cv-01374**
                                        **The Honorable John T. Copenhaver, Jr.**

                                        **Consolidated with:**
**AMERICAN WATER WORKS COMPANY,**    **Civil Action No. 2:14-cv-13164**
*et al.*,                                   **Civil Action No. 2:14-cv-11011**
                                        **Civil Action No. 2:14-cv-13454**

    **Defendants.**

## CERTIFICATE OF SERVICE

      NOW comes Amanda J. Taylor, as counsel for proposed intervenor M. Timothy Koontz, and all other similarly situated individuals, who hereby states that a true and exact copy of **MOTION TO WITHDRAW COUNSEL M. TIMOTHY KOONTZ'S RENEWED MOTION TO INTERVENE AS TO AWARD OF ATTORNEYS' FEES AND NOTICE OF LIEN** was filed with the Clerk of the Court on this 17th day of July, 2019, and said true and exact copy was served upon the Parties hereto via the CM/ECF system.


                                                      /s/ Amanda J. Taylor
                                                      Amanda J. Taylor, Esq. (WVSB#11635)