```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

CRYSTAL GOOD, individually and as
parent and next friend of minor children
M.T.S., N.T.K., and A.M.S., and MELISSA
JOHNSON, individually and as parent of an
unborn child T.A.J., and JOAN GREEN and
SUMMER JOHNSON and MARY LACY and WENDY
RENEE RUIZ and KIMBERLY OGIER and ROY J.
McNEAL and GEORGIA HAMRA and MADDIE FIELDS
and BARBARA BAISDEN, d/b/a FRIENDLY FACES
DAYCARE, and ALADDIN RESTAURANT, INC. and
R.G. GUNNOE FARMS LLC and DUNBAR PLAZA, INC.,
d/b/a DUNBAR PLAZA HOTEL, on behalf of
themselves and all others similarly situated,

      Plaintiffs,

v.                                      Civil Action No. 2:14-cv-1374

WEST VIRGINIA-AMERICAN WATER COMPANY,
d/b/a WEST VIRGINIA AMERICAN WATER, and
AMERICAN WATER WORKS SERVICE COMPANY, INC.
and AMERICAN WATER WORKS COMPANY, INC.
and EASTMAN CHEMICAL COMPANY and GARY
SOUTHERN and DENNIS P. FARRELL,

      Defendants.

## ORDER

Pending is proposed intervenor M. Timothy Koontz' motion to withdraw his previously filed renewed motion to intervene, filed July 17, 2019.

On June 18, 2019, Mr. Koontz filed his Renewed Motion to Intervene as to Award of Attorneys' Fees and Notice of Lien in the above-styled action. On July 7, 2019, Mark Underwood

filed a response in opposition to Mr. Koontz' renewed motion in which he argued that Mr. Koontz' claim has been settled, that he had been paid and that his renewed filing violates the terms of the written settlement agreement.  On July 12, 2019, the court ordered Mr. Koontz to file a reply to Mr. Underwood's response.  In lieu of filing a reply, Mr. Koontz filed a motion to withdraw his renewed motion to intervene, though he did not state the reason that he was requesting withdrawal.

No response to the motion to withdraw having been received, it is ORDERED that Mr. Koontz' motion to withdraw his renewed motion to intervene be, and hereby is, granted.

The Clerk is requested to transmit this order to all counsel of record.

DATED: August 9, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge