# EXHIBIT 1

**Exhibit 1**
**Distribution Schedule**

| Claim Type | # Claims | Value |
|---|---|---|
| Individual Review - Medical | 73 | $268,607.61 * |
| | | |
| CMS global recovery amount | | $2,460.00 ** |
| JND Mass Tort and Lien Resolution | | $16,000.00 |
| Settlement Administration Fees | | $21,900.00 |
| | | |
| Total | | $308,967.61 |

\* One of the Individual Review - Medical Claims has a final lien recovery amount which must be paid before BMS will release the claim.  The recovery amount for this claim is $1,036.39 and is included in the Individual Review-Medical value noted above.

\*\* 41 of the Individual Review - Medical claims included in this application are Contemporaneous Medical Claims with Medicare entitlements during the exposure period. These claims have been resolved with CMS under a global repayment agreement.  The total recovery amount for these claims is $2,460.

| Claim Type | # Claims | Per claim rate | Amount |
|---|---|---|---|
| Medical | 73 | $300.00 | $21,900.00 |

Per claim rates per SCH Term Sheet previously provided.