# EXHIBIT 1

**Exhibit 1**
**Distribution Schedule**

| Claim Type | # Claims | Value |
|---|---|---|
| Individual Review - Medical | 10 | $179,291.37 * |
| | | |
| CMS Medicare Part C-Humana and Equian | | $240.48 ** |
| Department of Veterans Affairs | | $120.00 *** |
| JND Mass Tort and Lien Resolution | | $4,500.00 |
| Settlement Administration Fees | | $3,000.00 |
| | | |
| Total | | $187,151.85 |

* One of the Individual Review - Medical Claims has a final lien recovery amount which must be paid before BMS will release the claim.  The recovery amount for this claim is $178.49 and is included in the Individual Review-Medical value noted above.


** Two of the Individual Review - Medical claims included in this application are Contemporaneous Medical Claims with Medicare Part C entitlements during the exposure period. The total recovery amount for these claims is $240.48.

*** Two Individual Review Contemporaneous Medical Claims were found to have entitlements through the Department of Veterans Affairs (VA) during the exposure period. The total recovery amount for these claims is $120.00


| Claim Type | # Claims | Per claim rate | Amount |
|---|---|---|---|
| Medical | 10 | $300.00 | $3,000.00 |

Per claim rates per SCH Term Sheet previously provided.