```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA

                        AT CHARLESTON
```

ROBERT PEREZ,

    Plaintiff,

v.                                        Civil Action No. 2:16-1606

WEST VIRGINIA-AMERICAN WATER COMPANY,
AMERICAN WATER COMPANY, and EASTMAN
CHEMICAL COMPANY,

    Defendants,

                        CONSOLIDATED WITH

GOOD et al,

    Plaintiffs,

v.                                        Civil Action No. 2:14-1374

AMERICAN WATER WORKS COMPANY, INC. et al,

    Defendants.


## MEMORANDUM OPINION AND ORDER

By order entered July 31, 2017, the above-styled _Perez_ case was consolidated with the above-styled _Good_ case. As prescribed in that order, "Upon consolidation, plaintiff may participate in the pending class action settlement." The plaintiff Robert Perez has done so by filing two claims that have been acted upon as set forth in the email received by the undersigned from Smith, Cochran and Hicks, the Settlement

Administrator, on April 3, 2020, which email is ORDERED filed herein.

It is accordingly ORDERED that the above-styled case of **Perez v. American Water Works Company et al** be, and it hereby is, dismissed and closed.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: April 7, 2020

John T. Copenhaver, Jr.
Senior United States District Judge