United States District Court
Southern District of West Virginia
At Charleston

Robert Perez
   Plaintiff

v.

West Virginia-American Water Company,
American Water Company and Eastman
Chemical Company
   Defendants

Civil Action No. 2:16-1606

FILED
JUNE 2 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Consolidated with
Civil Action 2:14-1374

Good et al,
   Plaintiffs

v

American Water Works Inc. et Al
   Defendants,

MOTION

Amendmendment to Review
Motion and Claim, Right to Proceeds.

Robert Perez motions in Addition to Review That This Honorable court Invoke his Right to Proceeds in The above captioned matter as entitled. From The Settlement Proceeds. And Motions That This Honorable Court, modify Determine & Approve an Appropriate sum From The Settlement Class Fund and order Further That The settlement Administrator Disburse The Funds to Perez as Perez seeks modification of his claim + Award in Review as Appropriate. And that This Honorable Court Determine Said Amounts. In lieu of an oral Hearing. Respectfully In Pro Se
April 10th 2020

<u>Service</u>

A copy of Same was Provided to Jill McIntire Zuckson & Kelly PLLC 500 Lee Street Ste 1600 Chas WV 25301

and to

Robert Massie Nelson, Mullins, Riley and Scarboro 949 3rd Ave Huntington WV 25701

on April 16th 2020 by Regulary US mail Postage Prepaid.

Robert Perez
P.O. Box 172
Ashland KY 41105