UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CRYSTAL GOOD, individually and as parent
and next friend of minor children M.T.S.,
N.T.K., and A.M.S., and MELISSA JOHNSON,
individually and as a parent of an unborn
child T.A.J., and JOAN GREEN and SUMMER
JOHNSON and MARY LACY and WENDY RENEE RUIZ
and KIMBERLY OGIER and ROY J. McNEAL and
GEORGIA HAMRA and MADDIE FIELDS and BRENDA
BAISEDN, d/b/a FRIENDLY FACES DAYCARE, and
ALADDIN RESTAURANT, INC. and R.G. GUNNOE
FARMS LLC and DUNBAR PLAZA, INC., d/b/a
DUNBAR PLAZA HOTEL, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

v.                          Civil Action No. 2:14-cv-1374

WEST VIRGINIA-AMERICAN WATER COMPANY,
d/b/a WEST VIRGINIA AMERICAN WATER, and
AMERICAN WATER WORKS SERVICE COMPANY, INC.
and AMERICAN WATER WORKS COMPANY, INC. and
EASTMAN CHEMICAL COMPANY and GARY SOUTHERN
and DENNIS P. FARRELL,

        Defendants.

MEMORANDUM OPINION AND ORDER

Pending is plaintiffs' motion for disbursement of remaining attorneys' fees, filed March 16, 2020, by Settlement Class Counsel Benjamin L. Bailey, Marvin W. Masters and Anthony J. Majestro, and Lead Settlement Class Counsel Van Bunch, Stuart Calwell and Kevin W. Thompson.

On June 6, 2019, the court ordered "that the remaining plaintiff attorneys' fees in this case be fixed in the amount of $6.7 million, with 3/4 of that sum to be paid by the Settlement Administrator at this time out of the Contingent Fund on hand and the remaining 1/4 to be paid upon final distribution of payments to eligible class members." ECF No. 1266.

Consistent with the June 6, 2019 order, the motion seeks payment of the remaining 25 percent of the final $6.7 million of attorneys' fees in this case, which amounts to $1,675,000.

Inasmuch as the plaintiffs by above-named counsel and the above-named defendants by counsel have jointly filed, on August 10, 2020, their Application for Approval to Pay Simple Claims, Individual Review Option Claims, Cy Pres Distribution, and Settlement Administration Costs, which Application is supplemented with the supporting exhibit entitled Settlement Administrator's Exhibit, filed August 20, 2020, all of which provide for and request the final distribution herein, it is ORDERED that plaintiffs' motion be, and hereby is, granted.

It is further ORDERED that the Settlement Administrator make payment of the remaining of $1,675,000 in plaintiff attorneys' fees, to be paid out of the Contingency Fund.

The Clerk is requested to transmit copies of this order to all counsel of record.

ENTER: August 25, 2020

John T. Copenhaver, Jr.
Senior United States District Judge