# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | |
|---|---|
| Date: 12/22/2020 | Case Number  2:14-cv-01374 |

| | |
|---|---|
| Case Style | Vantap, LLC vs. Eastman Chemical Company |
| Type of hearing | Judicial Matters in Chambers - Charleston |
| Before the honorable: | 2508-Copenhaver |
| Court Reporter | Courtroom Deputy  Law Clerk |

Attorney(s) for the Plaintiff or Government

Van Bunch, Kent Mayo, Deborah Greenspan, Anthony Majestro

Attorney(s) for the Defendant(s)


| | |
|---|---|
| Law Clerk | JS |
| Probation Officer | |

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 3:00 PM | 3:30 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:30

## Courtroom Notes

Discussed recipients of cy pres distribution of remaining settlement funds.