```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**CRYSTAL GOOD, individually and as parent and next friend of minor children M.T.S., N.T.K., and A.M.S., and MELISSA JOHNSON, individually and as a parent of an unborn child T.A.J., and JOAN GREEN and SUMMER JOHNSON and MARY LACY and WENDY RENEE RUIZ and KIMBERLY OGIER and ROY J. McNEAL and GEORGIA HAMRA and MADDIE FIELDS and BRENDA BAISEDN, d/b/a FRIENDLY FACES DAYCARE, and ALADDIN RESTAURANT, INC. and R.G. GUNNOE FARMS LLC and DUNBAR PLAZA, INC., d/b/a DUNBAR PLAZA HOTEL, on behalf of themselves and all others similarly situated,**

   Plaintiffs,

v.           Civil Action No. 2:14-cv-1374

**WEST VIRGINIA-AMERICAN WATER COMPANY, d/b/a WEST VIRGINIA AMERICAN WATER, and AMERICAN WATER WORKS SERVICE COMPANY, INC. and AMERICAN WATER WORKS COMPANY, INC. and EASTMAN CHEMICAL COMPANY and GARY SOUTHERN and DENNIS P. FARRELL,**

   Defendants.

## ORDER

The court has received the written agreement specified at pages twenty to twenty-three of the order entered herein on December 30, 2021, from each of the following five watershed associations, each executed by the chief executive officer and treasurer, as follows: Buffalo Creek Watershed Improvement Association; Coal River Group; Davis Creek Watershed

Association; Morris Creek Watershed Association, Inc.; and Paint Creek Watershed Association.

The court is also in receipt of the written agreement of The West Virginia Land Trust as contemplated at pages twenty-three and twenty-four of the order entered herein on December 30, 2021, signed by its executive director, Brent Bailey.

It is ORDERED that the six agreements described above be, and hereby are, filed with the Clerk of Court.

It is further ORDERED that the Settlement Administrator, Smith, Cochran & Hicks, make disbursement of the cy pres funds as directed in the court's order of December 30, 2022, as follows:

```
Buffalo Creek Watershed Improvement
Association................................$105,142.50

Coal River Group...........................$105,142.50

Davis Creek Watershed Association..........$105,142.50

Morris Creek Watershed Association, Inc....$105,142.50

Paint Creek Watershed Association..........$105,142.50

The West Virginia Land Trust...............$420,571.00
```

The court notes that the remaining intended cy pres recipient, Fourpole Creek Watershed Improvement Association, has furnished its agreement signed by its "Chairman" who acknowledges his role as Chairman as limited. The court awaits

receipt of a duly executed resolution by the governing Board of Fourpole Creek Watershed Improvement Association that authorizes the Chairman to enter into the agreement on behalf of Fourpole Creek Watershed Improvement Association.

    The Clerk is requested to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: August 17, 2022

John T. Copenhaver, Jr.
Senior United States District Judge