Dear Jodge my Name is Boyd Gamber
Some one contacted me by phone and Said
They were my repesiwative over a pay out
That was over and done with please Call me
phone 304-747-8786 to verfie this person is
Who he is and breaf expnotion on what going
On.

Thank
you Boyd A Gamber

5006 Kilgore lane
Cross Lanes 25313

FILED
OCT - 6 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

2:14-cv-01374
Good etal v.
American Water
Works