Document 1221 Filed 07/16/18

To the Clerks Office   Final Settlement Case 2:14-CV-01374
I Boyd A Gamber was never a part No
Settlement by WestVirgina Water even when
I won in court, The orders wear given out
to pay. they said yes they will, but they
Will not pay the law does not Apllie
To West Virgina Water, all my famly a i went
Through they coude care less letter of the Law
Does not matter Justis was not given to the
Dead or Liveiwg. In God we trust

Claim Denied
September 8, 2023
by Jhon + Copenhaver Jr

I Boyd A Gamber
     Appeal  2nd Order  Doucment 1347

Thank you
Boyd A Gamber



FILED
SEP 2 6 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia