**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2001

BOYD ALLEN GAMBER,

        Party-in-Interest - Appellant,

    v.

WEST VIRGINIA-AMERICAN WATER COMPANY, d/b/a West Virginia American Water, a West Virginia corporation; AMERICAN WATER WORKS SERVICE COMPANY, INC., a New Jersey corporation; AMERICAN WATER WORKS COMPANY INC., a Delaware corporation; EASTMAN CHEMICAL COMPANY, a Deleware corporation; GARY SOUTHERN; DENNIS P. FARRELL,

        Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., Senior District Judge. (2:14-cv-01374)

Submitted: February 27, 2024        Decided: February 29, 2024

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Boyd Allen Gamber, Appellant Pro Se. Deborah E. Greenspan, BLANK ROME LLP, Washington, D.C. for Appellee Eastman Chemical Company.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Boyd Allen Gamber appeals the district court's order denying his claim for relief against West Virginia American-Water Company. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Gamber v. W. Va.-Am. Water Co.*, No. 2:14-cv-01374 (S.D.W. Va. Sept. 8, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*